■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY FAIRMAN, Appellant. (Appeal No. 2.) [834 NYS2d 919]— Appeal from a judgment of the Monroe County Court (Patricia

D. Marks, J.), rendered June 29, 2005. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Fairman* (38 AD3d 1346 [2007]). Present—Martoche, J.P., Smith, Lunn, Fahey and Peradotto, JJ.